Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  17−22797−CMG
                              Chapter:  13
                              Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sylvia M. Soliman
   37 Samantha Way
   Spotswood, NJ 08884−1080

Social Security No.:
   xxx−xx−4250

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/16/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 16, 2017
JAN: bwj

                                                                                          Jeanne Naughton
                                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Sylvia M. Soliman
    Debtor

Case No. 17-22797-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Nov 16, 2017
                             Form ID: 148      Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2017.
```
db              #Sylvia M. Soliman,    37 Samantha Way,    Spotswood, NJ 08884-1080
516896549        Brunswick Urgent Care, P.A.,    3185 State Route 27,    Franklin Park, NJ 08823-1313
516896554       +Clearspring Loan Services,    18451 Dallas Pkwy,    Dallas, TX 75287-5209
516896555        Comenity / Children's Place,    PO Box 182120,    Columbus, OH 43218-2120
516896557        Dance Stop Dance Education Center,    3215 Bordentown Ave,    Parlin, NJ 08859-1138
517149989        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                  Kirkland, WA 98083-0657
516896559        Fadi S. Soliman,    37 Samantha Way,    Spotswood, NJ 08884-1080
516896561        JH Portfolio Debt Equity,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
516896562        KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
516896566       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,     350 Highland Dr,
                  Lewisville, TX 75067-4177)
516961323       +NJ Turnpike Authority,    Att: Mark Schneider,    581 Main St POB 5042,
                  Woodbridge, NJ 07095-5042
516896569        PAM,   PO Box 1520,    Milwaukee, WI 53201-1520
516896571        Seaview Orthopaedic & Medical Assoc,    1200 Eagle Ave,    Ocean, NJ 07712-7631
517057164       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2017 22:40:51     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2017 22:40:49     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516896548        EDI: TSYS2.COM Nov 16 2017 22:28:00     Barclays Bank Delaware,    PO Box 8803,
                  Wilmington, DE 19899-8803
516896551        EDI: CAPITALONE.COM Nov 16 2017 22:28:00     Capital One Bank USA, N.A.,    15000 Capital One Dr,
                  Richmond, VA 23238-1119
516896550        EDI: CBSKOHLS.COM Nov 16 2017 22:28:00     Capital One / Kohls,    PO Box 3115,
                  Milwaukee, WI 53201-3115
516896552        EDI: CHASE.COM Nov 16 2017 22:28:00     Chase,   PO Box 15153,    Wilmington, DE 19886-5153
516896553        EDI: CHASE.COM Nov 16 2017 22:28:00     Chase Cardmember Services,    PO Box 15298,
                  Wilmington, DE 19850-5298
516896556        EDI: WFNNB.COM Nov 16 2017 22:28:00     Comenity Bank,    PO Box 182120,
                  Columbus, OH 43218-2120
516896558        EDI: DISCOVER.COM Nov 16 2017 22:28:00     Discover Financial Services, LLC,    PO Box 15316,
                  Wilmington, DE 19850-5316
516908693        EDI: DISCOVER.COM Nov 16 2017 22:28:00     Discover Bank,    Discover Products Inc,
                  PO Box 3025,   New Albany, OH 43054-3025
517060004       +EDI: IRS.COM Nov 16 2017 22:28:00     IRS,   POB 7346,    Philadelphia, PA 19101-7346
517130386       +EDI: MID8.COM Nov 16 2017 22:28:00     MIDLAND FUNDING LLC,    PO BOX 2011,
                  WARREN, MI 48090-2011
516896563        EDI: TSYS2.COM Nov 16 2017 22:28:00     Macys,   PO Box 8053,    Mason, OH 45040-8053
516896565        EDI: MID8.COM Nov 16 2017 22:28:00     Midland Funding, LLC,    8875 Aero Dr Ste 200,
                  San Diego, CA 92123-2255
516896564        EDI: MID8.COM Nov 16 2017 22:28:00     Midland Funding, LLC,    2365 Northside Dr # 300,
                  San Diego, CA 92108-2709
516896567        E-mail/Text: Jerry.Bogar@conduent.com Nov 16 2017 22:41:37     New Jersey E-ZPass,
                  Violations Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
516896568       +E-mail/Text: bnc@nordstrom.com Nov 16 2017 22:40:25     Nordstrom / TD,    13531 E Caley Ave,
                  Englewood, CO 80111-6505
517088305        EDI: PRA.COM Nov 16 2017 22:28:00     Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517104208        EDI: PRA.COM Nov 16 2017 22:28:00     Portfolio Recovery Associates, LLC,
                  c/o Jetblue Rewards Card,    POB 41067,    Norfolk VA 23541
517030815        EDI: Q3G.COM Nov 16 2017 22:28:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                  PO Box 788,   Kirkland, WA 98083-0788
516896572        EDI: RMSC.COM Nov 16 2017 22:28:00     SYNCB / GAP,    PO Box 965005,    Orlando, FL 32896-5005
516896573        EDI: RMSC.COM Nov 16 2017 22:28:00     SYNCB / TJX,    PO Box 965005,    Orlando, FL 32896-5005
516896574        EDI: RMSC.COM Nov 16 2017 22:28:00     SYNCB / Toys R US,    PO Box 965005,
                  Orlando, FL 32896-5005
516896570        E-mail/Text: bankruptcy@savit.com Nov 16 2017 22:41:32     Savit Collection Agency,
                  PO Box 250,   East Brunswick, NJ 08816-0250
516898544       +EDI: RMSC.COM Nov 16 2017 22:28:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,   Norfolk, VA 23541-1021
517161543       +EDI: RMSC.COM Nov 16 2017 22:28:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
                  PO Box 41021,   Norfolk VA 23541-1021
516896576        EDI: TDBANKNORTH.COM Nov 16 2017 22:28:00     TD Bank, N.A.,    70 Gray Rd,
                  Portland, ME 04105-2019
516896575        EDI: WTRRNBANK.COM Nov 16 2017 22:28:00     TD Bank USA / Target,    PO Box 673,
                  Minneapolis, MN 55440-0673
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Nov 16, 2017
                              Form ID: 148             Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517163037        +E-mail/Text: bncmail@w-legal.com Nov 16 2017 22:40:58      TD Bank USA, N.A.,
                   C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516896577         EDI: TFSR.COM Nov 16 2017 22:28:00      Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                   Parsippany, NJ   07054-4522
516896579         EDI: USBANKARS.COM Nov 16 2017 22:28:00      US Bank,    4325 17th Ave S,   Fargo, ND  58125-6200
516896580         EDI: USBANKARS.COM Nov 16 2017 22:28:00      US Bank,    PO Box 108,
                   Saint Louis, MO   63166-0108
516896581         EDI: WFFC.COM Nov 16 2017 22:28:00      Wells Fargo Bank,    PO Box 14517,
                   Des Moines, IA   50306-3517
517078410         EDI: WFFC.COM Nov 16 2017 22:28:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                   PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                              TOTAL: 34

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516896560*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    PO Box 9052,   Andover, MA  01810-9052)
517057885*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    ATTN: Bankruptcy Department,
                   P.O. Box 619096,   Dallas, TX 75261-9741)
516896578*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Motor Credit Corp,    4 Gatehall Dr Ste 350,
                   Parsippany, NJ   07054-4522)
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas M. Monahan    on behalf of Debtor Sylvia M. Soliman simonmonahan216@gmail.com,
               tommon1@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 5
```